**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ABRAHAME DESTA,

  Plaintiff,

v.                                                   CASE NO.:  8:23-cv-00510-MSS-TGW

EXPERIAN INFORMATION
SOLUTIONS, INC.,

  Defendant.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

      COMES NOW Plaintiff, ABAHRAME DESTA, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same the parties will file the appropriate dismissal documents with the Court.

      Dated this 29th day of August, 2023.

                                                                   */s/ Frank H. Kerney, III, Esq.*
                                                                   Frank H. Kerney, III, Esq.
                                                                   Florida Bar No.: 88672
                                                                   The Consumer Lawyers, PLLC
                                                                   412 E. Madison St. Ste 916
                                                                   Tampa, Florida 33602
                                                                   Telephone: 813-951-8278
                                                                   Facsimile:  844-951-3933
                                                                   frank@theconsumerlawyers.com
                                                                   jason@theconsumerlawyers.com
                                                                   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 29th day of August, 2023 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

    */s/ Frank H. Kerney, III, Esq.*
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
The Consumer Lawyers, PLLC
412 E. Madison St. Ste 916
Tampa, Florida 33602
Telephone: 813-951-8278
Facsimile:  844-951-3933
frank@theconsumerlawyers.com
jason@theconsumerlawyers.com
*Counsel for Plaintiff*